PETER H. KLEE, Cal. Bar No. 111707
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
E mail       pklee@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E mail       ssveslosky@sheppardmullin.com

Attorneys for Defendant
ALLSTATE NORTHBROOK
INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CLIFTON JOHNSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE NORTHBROOK INDEMNITY CO., a corporation; DOES 1 – 10, Inclusive,<br><br>    Defendants. | Case No. CV 20-9414-GW-PVCx<br>The Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION CONCERNING THE PROTOCOL FOR CONDUCTING REMOTE DEPOSITIONS**<br><br>Complaint Filed: September 2, 2020<br>Trial Date: October 12, 2021 |

SMRH:4848-7665-2505.1                                           (PROPOSED) ORDER

## **ORDER**

The Court, having reviewed the parties' Stipulation Concerning The Protocol For Conducting Remote Depositions in light of the COVID-19 pandemic (the "Stipulation") and consistent with the General Orders and measures taken by the United States District Court for the Central District of California in response to the COVID-19 pandemic, and for good cause appearing thereof, the Court issues the following Order:

The depositions taken in this matter shall proceed in accordance with the parties' Stipulation.

SO ORDERED.

Dated: February 19, 2021

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE