PETER H. KLEE, Cal. Bar No. 111707
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E mail         pklee@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
E mail         ssveslosky@sheppardmullin.com

Attorneys for Defendant
ALLSTATE NORTHBROOK
INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CLIFTON JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY CO., a corporation; DOES 1 – 10, Inclusive,<br><br>Defendants. | Case No. CV 20-9414-GW-PVCx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT ALLSTATE NORTHBROOK INDEMNITY COMPANY**<br><br>Date: May 6, 2021<br>Time: 8:30 a.m,<br>Crtm: 9D (Hon. George H. Wu)<br><br>Complaint Filed: September 2, 2020<br>Trial: October 12. 2021 |

-1-

Having considered defendant Allstate Northbrook Indemnity Company's Motion for Summary Judgment, the filings in opposition, the evidence, and the arguments of counsel, the Court issued its Order granting the Motion in its entirety on June 3, 2021.

Therefore, as a result of the Court's Order, plaintiff Clifton Johnson's claim against defendant Allstate Northbrook Indemnity Company is hereby dismissed in its entirety with prejudice, and judgment is entered for defendant Allstate Northbrook Indemnity Company and against plaintiff Clifton Johnson.

Defendant Allstate Northbrook Indemnity Company is to be awarded costs as determined by the Clerk of the Court pursuant to an Application to the Clerk to Tax Costs.

**IT IS SO ORDERED.**

DATED: June 3, 2021

_____
HONORABLE GEORGE H. WU
United States District Judge